Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
### for the

4ᵗʰ District of American Fork

_____ Division

RECEIVED US Dist Court-UT
MAY 22 '24 PM03:48

Nicholas Hulse, Kalie Jones

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Dective Ronald Bibean, Slate Blackburn officer Andrew Burdine, officer Joshua jensen Sergent Austin hunt, officer Greg mecham See attached officer Zack Hansen

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

Case: 2:24–cv–00367
Assigned To : Romero, Cecilia M.
Assign. Date : 5/22/2024
Description: Hulse et al v. American Fork Police Department et al

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name   Nicholas stephen Hulse   Kalie Jones

Address   4537 Flowerpoint

Eagle Mountian   utah   84005
*City* *State* *Zip Code*

County   utah

Telephone Number   801-450-0053

E-Mail Address   Nickbit001@ gmail.com

kaliejoneshulse@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name   American Fork police department

Job or Title *(if known)*

Address   75 E 80 N

American fork   utah   84006
*City* *State* *Zip Code*

County   utah

Telephone Number   801-763-3020

E-Mail Address *(if known)*

☐ Individual capacity   ☒ Official capacity

Defendant No. 2

Name   officer Bibeau RJ

Job or Title *(if known)*   American Fork police

Address   75 E 80 N

American fork   utah   84003
*City* *State* *Zip Code*

County   Utah

Telephone Number   801-763-3020

E-Mail Address *(if known)*

☒ Individual capacity   ☐ Official capacity

Page 2 of 6

Defendant No. 3

Name      Dective Blackbern

Job or Title *(if known)*      Deetive with American fork

Address      75 E 80 N

American fork      ut      84003
<br>*City*      *State*      *Zip Code*

County      Utah

Telephone Number      801-763-3020

E-Mail Address *(if known)*      sblackbern @americanfork.gov

☒ Individual capacity      ☒ Official capacity

Defendant No. 4

Name      Dective Grosebeck

Job or Title *(if known)*      Deetive with American fork

Address      75 E 80 N

American fork      utah      84003
<br>*City*      *State*      *Zip Code*

County      Utah

Telephone Number      801-763-3020

E-Mail Address *(if known)*

☒ Individual capacity      ☒ Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Forth amendment Rights, Also utah code 77-24-1 property Should Be returned if case is Dismissed

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Parties to this complaint cont.

B. the Defendants

Defendent No 5.

Name        Officer Andrew Burdine
Job         officer with American Fork Police
Address     75 E 80 N

county      utah
Phone number  -801-763-3020
Email
                        ☒ offical capacity

Defendent No 6

Name        officer Josh Jenson
Job         officer with American Fork police
Address     75 E 80 N
County      utah
Phone number   801-763-3020
Email
                        ☒ offical capacity

Defendent No 7

Name        Officer Greg mecham
Job         American Fork police
Address     75 E 80 N
County      utah
Phone number   801-763-3020
Email
                        ☒ Official capacity

Defendent No 8

Name        officer Zack Hansen
Job         officer with American Fork
Address     75 E 80 N
County      utah
Phone number   801-763-3020
Email
                        ☒ Official copacity

Defendent No 9

NAme - sergent Austin lunt
JOB - American Fork police
Address
county utah
Phone No. 801-763-3020

☒ individul capacity ☒ offical capacity

Nick Hulse
X ~H 5-19-2024

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

My truck was Registered and titled to my wife and myself officer Beibeau Took my truck and impounded it. when it should have been A civil case. The Dectives Blackburn and grosebeck put an illegal hold on my truck and property. untill I could No longer get it back

III.    **Statement of Claim**

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

American Fork    585 E State street American Grk 84003

B.    What date and approximate time did the events giving rise to your claim(s) occur?

2-27-2022    11:30 AM

C.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

I Bought A NON Running Toyota Truck, fixed it got A New title In my wife and my name, Registered the truck and was driving it for months. The Previous owner Bengamin Ivie Ivie and Robert Ivie Said they never sold the truck.
So American Fork Police specifically, officer Bei Bibeau RJ. officer Lunt A, officer Jensen J., Dective Blackburn, and Dective Grosebeck. Decided that I was A "Local Criminal" and even though the truck was legeally mine they woued violate my 14th Ammendment Rights Ignorring my Due prossess and the fact that it was A civil matter.
I provided all documentation but my truck and personal property was taken and never given back. All charges have been dropped

Page 4 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

My mental health was effected, I was dealing with a OCFS case, The loss of my truck and false charges made me lose time with my kids

Tools taken in truck

- Lincon welder/hood and
- Dewalt Pack out (Drills, saw, light)
- Generator 220 v
- Welding tools

## V.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I would Like my truck Back OR the monitary value of it. I would like my personal property and tools that were in the truck Back or the monetary value of my property.
When the took my truck and tools I lost my job Because I had No transportation or tools. So I would like loss of wages.

Truck $18,336   tools $7,000   loss of job. $15,000

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    2/26/24

Signature of Plaintiff

Printed Name of Plaintiff    Nicholas S Halse    Kalie Jones

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

| | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address

Nicholas Hulse

4537 Flower Point Eagle Mountain, Utah 84005

nickbit081@gmail.com

8014508977
2/18/2024

Clerk of Court
Fourth District Court
American Fork, Utah
75 E 80 N St, American Fork, UT 84003

Re: Civil Claim against American Fork Police Department

Dear Clerk of Court,

I, Nicholas Hulse, am writing to submit a formal complaint against the American Fork Police Department for the illegal seizure of my vehicle and personal property, leading to significant personal and financial loss. This claim is being lodged under the Fourth Amendment of the United States Constitution, which protects against unreasonable searches and seizures.

FACTS OF THE CASE:

1. I am the legal owner of a Toyota Tacoma, which I purchased and registered under my name. I have been in possession of the vehicle for several months with a valid title (Exhibit A: Copy of the title).

2. On 02/27/2022, the American Fork Police Department seized my vehicle along with my personal property, including work tools and clothing.

3. Despite numerous attempts to recover my vehicle and personal property, the American Fork Police Department has unjustifiably withheld my possessions.

4. As a direct result of the seizure, I lost my job due to the inability to travel to work and perform my duties without my work tools. This has also deprived me of quality time with my children.

LEGAL CLAIMS:

Based on the facts stated above, I assert that the American Fork Police Department has violated my Fourth Amendment rights. The seizure of my vehicle and personal property without proper legal justification constitutes an unreasonable search and seizure. This is in reference to the case, Soldal v. Cook County, 506 U.S. 56 (1992) (URL: https://supreme.justia.com/cases/federal/us/506/56/), where the Supreme Court held that property rights are not less protected by the Fourth Amendment.

RELIEF SOUGHT:

I am seeking the following relief:

1. Immediate return of my Toyota Tacoma and personal property.
2. Monetary damages for the loss of income from my job, the value of my personal property, and compensation for the distress and inconvenience caused.
3. Any other relief that the court deems just and proper.

I request that this case be heard in the Fourth District Court of American Fork, Utah, as this is the jurisdiction where the incident occurred.

I am prepared to pursue this matter to the fullest extent of the law to protect my rights and recover my losses. I trust that the court will handle this matter with the urgency and seriousness it deserves.

Thank you for your attention to this matter.

Sincerely,

Nicholas Hulse

Enclosures:
Exhibit A: Copy of the title

Exhibit B: Notice of intent to sell impounded vehicle.

Exhibit C: list personal property.

Nicholas Hulse

4537 Flower Point Eagle Mountain, Utah 84005

nickbit081@gmail.com

8014508977
2/18/2024