

**Division of Motor Vehicles**
UTAH STATE TAX COMMISSION   210 North 1950 West  Salt Lake City  UT  84134    Website:  tax.utah.gov

rL067

Letter Issue Date
March 17, 2022

Letter ID
L0648708688

Type
Impounded Vehicle Account

ارارا|ابا|ارا|اراارا|ا|ا|ا|ا||ا||ا|ا||ا||ا|ا||ا||ا|ا|ا||ا|ا

NICHOLAS HULSE
PO BOX 1323
AMERICAN FORK UT  84003-6315

Number
C102860

RECEIVED
2024 MAY 22 PM 3:57
CLERK
U.S. DISTRICT COURT

Case: 2:24–cv–00367
Assigned To : Romero, Cecilia M.
Assign. Date : 5/22/2024
Description: Hulse et al v. American Fork
Police Department et al

## NOTICE OF INTENT TO SELL IMPOUNDED VEHICLE - FINAL NOTICE

The vessel shown below is available to be sold at public auction on or after 01-Apr-2022.  The information shown below lists the vehicle, the date it was impounded, and the name of the impound yard where it is stored.  If you no longer own this vehicle, reply in writing to the Division of Motor Vehicles.  Please provide a copy of the bill of sale with your reply.

**Plate**: 6S7WZ   **HIN/VIN**: 4TAPM62N7VZ276446   **Year**: 1997   **Make**: TOYT
**Report #:** C102860   **Impound Date:** 27-Feb-2022   **Impound Reason:** Possible Theft
**Impound Agency:** AMERICAN FORK/CEDAR HILLS PD
**Impound Yard:** JOHNS TOWING #2   74 S 500 E AMERICAN FORK UT 84003-2576 USA   (801) 756-3961

### To Obtain An Impound Release
**Step 1 -** Go to your local motor vehicle office and present ownership documents and picture identification and pay, if due, title and registration fees and a $400 Administrative Impound Fee for DUI, tampering of or operation without Ignition Interlock System, or Exhibition Driving.
**Step 2 -** Go to the impound yard and present the impound release form issued by the motor vehicle office and pay the towing and storage fees.  Failure to claim the vehicle listed above within 30 days may result in the sale of the vehicle at public auction.  Utah Code Ann. 41-1a-1103.

The registered owner, lien holder, or owner's agency may be entitled to a refund of the DUI fee if the Driver's License Division (DLD) did not take action against the driver under Utah Code Ann. 53-3-223 or 41-6a-520.  To obtain a refund of the fee, the person must submit a copy of the DLD letter to the DMV within 30 days of the date of the letter along with a completed TC-542, the Request for Refund of Administrative Impound Fee Form.

**QUESTIONS REGARDING THIS IMPOUND NOTICE** may be directed to the Division of Motor Vehicles at (801) 297-7780 or 1-800-DMV-UTAH, or fax (801) 297-3578.

Criminal proceedings related to the impoundment of this vehicle are separate actions and are not covered in this notice, or by the Division of Motor Vehicles.  If you believe the DMV has imposed incorrect fees or penalties, or has erred regarding the potential sale of this vehicle, you may appeal directly to the Utah State Tax Commission as prescribed by Utah Code Sections 59-1-501 and 63G-4-201.  Get form TC-738, Petition for Redetermination on our website at tax.utah.gov/forms. If you need a form mailed to you, call us at (801) 297-6700. However, the Tax Commission has no authority or jurisdiction over the towing and storage fees or the grounds for impound.

UTAH STATE TAX COMMISSION
Division of Motor Vehicles
Miscellaneous Services Unit

CC: NICHOLAS HULSE, JOHNS TOWING #2

 **Division of Motor Vehicles**
UTAH STATE TAX COMMISSION    210 North 1950 West   Salt Lake City   UT   84134       Website:  tax.utah.gov

nL067

| | |
|---|---|
| Letter Issue Date<br>March 2, 2022 | Letter ID<br>L1064684624 |
| | Type<br>Impounded Vehicle Account |
| | Number<br>C102860 |

ılıılıılıılıılıılıılıılıılıılıılıılıılıılıılıılıılıılıılıılııllı

NICHOLAS HULSE
PO BOX 1323
AMERICAN FORK UT  84003-6315

## NOTICE OF IMPOUNDED VEHICLE

We recently received notice from the law enforcement agency shown below that a vehicle registered in your name has been impounded.  The information shown below lists the vehicle, the date it was impounded and the name of the impound yard where it is stored. If you no longer own this vehicle, reply to the Division of Motor Vehicles.  Please provide a copy of the bill of sale with your reply.

**Plate:** 6S7WZ   **HIN/VIN:** 4TAPM62N7VZ276446   **Year:** 1997   **Make:** TOYT
**Report #:** C102860   **Impound Date:** 27-Feb-2022   **Impound Reason:** Possible Theft
**Impound Agency:**  AMERICAN FORK/CEDAR HILLS PD
**Impound Yard:** JOHNS TOWING #2   74 S 500 E AMERICAN FORK UT 84003-2576 USA   (801) 756-3961

### To Obtain An Impound Release
**Step 1 -** Go to your local motor vehicle office and present ownership documents and picture identification and pay, if due, title and registration fees and a $400 Administrative Impound Fee for DUI, tampering of or operation without Ignition Interlock System, or Exhibition Driving.
**Step 2 -** Go to the impound yard and present the impound release form issued by the motor vehicle office and pay the towing and storage fees.  Failure to claim the vehicle listed above within 30 days may result in the sale of the vehicle at public auction.  Utah Code Ann. 41-1a-1103.

The registered owner, lien holder, or owner's agency may be entitled to a refund of the DUI fee if the Driver's License Division (DLD) did not take action against the driver under Utah Code Ann. 53-3-223 or 41-6a-520.  To obtain a refund of the fee, the person must submit a copy of the DLD letter to the DMV within 30 days of the date of the letter along with a completed TC-542, the Request for Refund of Administrative Impound Fee Form.

**QUESTIONS REGARDING THIS IMPOUND NOTICE** may be directed to the Division of Motor Vehicles at (801) 297-7780 or 1-800-DMV-UTAH, or fax (801) 297-3578.

Criminal proceedings related to the impoundment of this vehicle are separate actions and are not covered in this notice, or by the Division of Motor Vehicles.  If you believe the DMV has imposed incorrect fees or penalties, or has erred regarding the potential sale of this vehicle, you may appeal directly to the Utah State Tax Commission as prescribed by Utah Code Sections 59-1-501 and 63G-4-201.  Get form TC-738, Petition for Redetermination on our website at tax.utah.gov/forms. If you need a form mailed to you, call us at (801) 297-6700. However, the Tax Commission has no authority or jurisdiction over the towing and storage fees or the grounds for impound.

UTAH STATE TAX COMMISSION
Division of Motor Vehicles
Miscellaneous Services Unit

CC: NICHOLAS HULSE, JOHNS TOWING #2

# UTAH CERTIFICATE OF TITLE

## New Title



### Rebuilt/Restored
RESTORED TO OPERATION

**Title Number:** UT008070577

Vehicle Type: Truck        Year: 1997    Make: TOYT    Model: TACOMA        Body Style: Pickup
VIN/HIN: 4TAPM62N7VZ276446

Cylinders: 4        Fuel: Gasoline        Odometer: 0        Date Issued: 02/07/2022

NICHOLAS HULSE
PO BOX 1323
AMERICAN FORK UT  84003-6315

**Owner Information:**
NICHOLAS HULSE OR KALIE JONES
24 E 400 N
DUCHESNE UT  84021-7737

**Lienholder Information:**

VEHICLE IS EXEMPT FROM ODOMETER REQUIREMENTS

### Request For Lien Change
Complete this section. Send the title and required fee to the Division of Motor Vehicles. Please check one box.

☐ Issue a title free of liens        ☑ Issue a title showing the following as the NEW LIEN HOLDER

| LIEN RELEASE - Signature of lien holder (releasing interest) | Vehicle owner's signature requesting lien change |
|---|---|
| X | |
| Title of signer | New lien holder's name |
| Date | Address |
| | City                State        ZIP Code |

**Division of Motor Vehicles**
**UTAH STATE TAX COMMISSION**
210 North 1950 West
Salt Lake City, Utah 84134

 TC-127 Rev. 03/19 CDR



C 5363720

ANY ALTERATION OR ERASURE VOIDS THIS TITLE

**INSTRUCTIONS TO SELLER:**

Type or print the information.
NOTARY PUBLIC IS NO LONGER NEEDED. KEEP A COPY.

**INSTRUCTIONS TO BUYER:**

Type or print the information. Warning: DO NOT SIGN IF ODOMETER DISCLOSURE IS NOT COMPLETE.

## A  Assignment Of Title By Registered Owner

**SELLER**

**Odometer Disclosure - Required**

Enter odometer miles (no tenths)

☐ Reflects ACTUAL mileage
☐ Reflects the mileage IN EXCESS of the odometer mechanical limits
☐ Is not the actual mileage for this vehicle. WARNING - ODOMETER DISCREPANCY

**Sales/Purchase Price - Required**

Date of Sale

Sale Price
$

Print name of seller

Print name of authorized agent selling vehicle (if different from seller name)

Current address of seller (street, city, state and ZIP code)

As owner, I hereby transfer all rights, title and interest to this vehicle to the new owner named below. I certify, to the best of my knowledge, that the title is free and clear of encumbrances, except the lien to the new lien holder, if any. I certify that the odometer and sales information provided is correct.
Federal and state law require that the owner provide the mileage upon transfer of ownership of a vehicle. Failure to complete a statement or by providing false statements, may result in fines and/or imprisonment.    **KEEP A PHOTOCOPY OF BOTH SIDES OF THIS SIGNED TITLE.**

Signature of seller (and joint seller)                                                                                    Date of Sale

X

**BUYER**

Print name of new owner

Street Address

City                    State          ZIP code

Signature of buyer (new owner)

X

Print name of new lien holder

Street Address

City                    State          ZIP code

Signature of lien holder (releasing interest)

X

## B  Reassignment Of Title

**SELLER**

**Odometer Disclosure - Required**

Enter odometer miles (no tenths)

☐ Reflects ACTUAL mileage
☐ Reflects the mileage IN EXCESS of the odometer mechanical limits
☐ Is not the actual mileage for this vehicle WARNING - ODOMETER DISCREPANCY

**Sales/Purchase Price - Required**

Date of Sale

Sale Price
$

Print name of seller

Print name of authorized agent selling vehicle (if different from seller name)

Current address of seller (street, city, state and ZIP code)

As owner, I hereby transfer all rights, title and interest to this vehicle to the new owner named below. I certify, to the best of my knowledge, that the title is free and clear of encumbrances, except the lien to the new lien holder, if any. I certify that the odometer and sales information provided is correct.
Federal and state law require that the owner provide the mileage upon transfer of ownership of a vehicle. Failure to complete a statement or by providing false statements, may result in fines and/or imprisonment.    **KEEP A PHOTOCOPY OF BOTH SIDES OF THIS SIGNED TITLE.**

Signature of seller (and joint seller)                                                                                    Date of Sale

X

**BUYER**

Print name of new owner

Street Address

City                    State          ZIP code

Signature of buyer (new owner)

X

Print name of new lien holder

Street Address

City                    State          ZIP code

Signature of lien holder (releasing interest)

X

**Utah Code 41-1a-701 requires the owner to remove the license plates when vehicle is sold or disposed, unless an owner has included the transfer of a license plate as part of a sale, trade, or ownership release of a vehicle.**